UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TURNER,<br><br>             Plaintiff,<br><br>     v.<br><br>P. D. BRAZELTON, et al.,<br><br>             Defendant. | 1:13-cv-01727 DLB (PC)<br><br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>THIRTY DAY DEADLINE |

Plaintiff Anthony Turner ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983. Plaintiff filed this action on October 28, 2013.[1]

On March 20, 2014, the Court dismissed Plaintiff's complaint with leave to amend. On April 24, 2014, the Court granted Plaintiff's request for a sixty day extension of time. Plaintiff's amended complaint was due on or before June 26, 2014. To date, Plaintiff has not filed an amended complaint or otherwise contacted the Court.[2]

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on January 2, 2014.

[2] It appears that at least as of April 21, 2014, Plaintiff was incarcerated at Ironwood State Prison. Plaintiff did not file a change of address, however, and absent such notice, service at his prior address is fully effective. Local Rule 182(f). Nonetheless, the Court updated Plaintiff's address on the docket based on his April 21, 2014, filing. No documents have been returned to this Court.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a Court order and failure to prosecute. Plaintiff SHALL file a response to this order within THIRTY (30) days of the date of service of this order. Plaintiff may also comply with this order by filing his amended complaint within this time frame.

**The failure to comply with this order, or the failure to show good cause, will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **July 9, 2014**  /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE